**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 25-1643**

―――――――――

BHASKAR KOUKUNTLA,

  Plaintiff - Appellant,

 v.

TOLL BROS., INC.,

  Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:23-cv-00701-BO-RJ)

―――――――――

Submitted:  June 17, 2025                    Decided:  August 19, 2025

―――――――――

Before RICHARDSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Bhaskar Koukuntla, Appellant Pro Se.  Haseeb S. Fatmi, Rita Beard Robertson, OGLETREE DEAKINS, Raleigh, North Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bhaskar Koukuntla seeks to appeal the district court's orders (1) denying his motion for recusal; and (2) adopting the magistrate judge's recommendation to deny Koukuntla's motions for default judgment and for sanctions. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Koukuntla seeks to appeal are neither final orders nor appealable interlocutory or collateral orders.

Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Koukuntla's motion for stay pending appeal as moot. While we deny Appellee's motion for sanctions at this time, we agree that Koukuntla's repeated filings must be curtailed. We thus warn Koukuntla that his continued vexatious filings in this court will result in the imposition of sanctions and, quite possibly, a prefiling injunction against him. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2